### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND GIBBS,** | : | **CIVIL ACTION NO. 1:16-CV-942** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CAROLYN W. COLVIN,** Acting | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

### ORDER AND JUDGMENT

AND NOW, this 19th day of October, 2016, upon consideration of the concurred motion (Doc. 16) of defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), requesting remand of the above-captioned matter to the Commissioner for further development and evaluation of the record pursuant to the fourth sentence of 42 U.S.C. § 405(g), (see Doc. 16 ¶¶ 2-3), it is hereby ORDERED that:

1.  The Commissioner's motion (Doc. 16) for remand of the above-captioned action is GRANTED.

2.  Judgment is ENTERED in favor of plaintiff Raymond Gibbs and against the Commissioner as set forth in the following paragraph.

3.  The Commissioner's decision denying the application of plaintiff Raymond Gibbs for disability insurance benefits and supplemental security income is VACATED.  This matter is REMANDED to the Commissioner for further proceedings as contemplated by the Commissioner's motion.

4.  The Clerk of Court is directed to CLOSE this case.

 /S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania