# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAYMOND GIBBS,** | : | CIVIL ACTION NO. 1:16-CV-942 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **CAROLYN W. COLVIN,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 13th day of December, 2017, upon consideration of the Stipulation (Doc. 19), it is hereby, ORDERED that Plaintiff, Raymond Gibbs, is awarded Four Thousand Nine Hundred dollars ($4900) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the government that Plaintiff owes no qualifying, pre-existing debt(s) to the government. If such a debt(s) exists, the government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania